UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61168-CIV-SMITH

NEO DAVIS,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 14] on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion") [DE 3]. In his thorough and well-reasoned Report and Recommendation [DE 14], Magistrate Judge Hunt recommends that this action be dismissed without prejudice. No objections have been filed.

The Court has considered the Report and Recommendation, conducted a de novo review, and noted no objections have been filed. Accordingly, Judge Hunt's Report and Recommendation [DE 14] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

    **ORDERED** that:

    1. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    2. This case is **CLOSED.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida on this 9th day of October, 2025.

cc:    counsel of record

*[Signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE